# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 1, 2021

**APPLICATION GRANTED**
**SO ORDERED** *New Bla*
**VERNON S. BRODERICK**
**U.S.D.J.** 11/3/2021

*VIA ECF*

Honorable Vernon Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

The status conference scheduled for November 5, 2021 is hereby adjourned to December 7, 2021 at 12:00 p.m. The adjournment is necessary to permit counsel sufficient time to review discovery.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between November 5, 2021 and December 7, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice

Re:   *United States v. Andrew Franzone*, 21 CR 446 (VSB)

Dear Judge Broderick:

With the consent of the government, I write to seek an adjournment of the next pretrial conference, currently scheduled for November 5, 2021. I am still reviewing the voluminous discovery with my client. Additionally, because of exposure to COVID, I am quarantined and cannot appear in person on November 5, 2021. To accommodate the parties' Thanksgiving plans, we ask for an adjourned date any day during the week of December 6, other than December 10. In light of the request, Mr. Franzone has no objection to the exclusion of time for speedy trial calculation purposes until the adjourned date.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Kiersten Fletcher (via ECF)