UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                  :

    -against-                                   :       21 CR 446 (VSB)

ANDREW FRANZONE                            :       NOTICE OF APPEARANCE

                                                                        :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that the defendant, ANDREW FRANZONE has retained the undersigned as Attorney for said defendant, and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       December 20, 2021

                                      Respectfully submitted,

                                      /s/ *Joseph R. Corozzo*
                                      JOSEPH R. COROZZO (JC 7621)
                                      Rubinstein & Corozzo, LLP
                                      260 Madison Avenue, 22nd Floor
                                      New York, New York 10016
                                      jcorozzo@rubcorlaw.com
                                      (212) 545-8777 (ph)
                                      (917) 722-8206 (fax)