

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2022

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 04/25/22

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

The status conference scheduled for April 26, 2022 is hereby adjourned to July 8, 2022 at 1:00 p.m.  The adjournment is necessary to permit the defense to file pretrial motions and for the parties to complete briefing related to those motions.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between April 26, 2022 and July 8, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

Re:   *United States v. Andrew Franzone*, 21 Cr. 446 (VSB)

Dear Judge Broderick:

The Government respectfully submits this joint letter to propose a schedule for pretrial motions in this case.  The parties have conferred, and the Government understands the defendant intends to seek suppression of electronic devices and other evidence seized from the defendant in connection with his arrest and pursuant to search warrants executed following his arrest.  Accordingly, the parties request the Court set June 10, 2022 as the deadline for filing of any pretrial motions, June 24, 2022 as the date for the Government to file any response, and July 1, 2022 as the deadline for any reply.  Should the Court set the foregoing schedule, the parties jointly propose adjourning the conference currently scheduled for April 26, 2022 to a date convenient to the Court after July 1, 2022.  The defendant consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until June 10, 2022.  The parties remain available on April 26, 2022 should the Court prefer the parties convene at the scheduled conference date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Kiersten A. Fletcher
Assistant United States Attorney
(212) 637-2238

Cc:   Joseph Corozzo, Esq. (by ECF)
      Angela Lipsman, Esq. (by ECF)