# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN  
JOSEPH R. COROZZO  
———  
ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:  
MARSHALL A. MINTZ

May 17, 2022

Hon. Vernon S. Broderick  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Room 415  
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.**  05/18/22

Re: United States v. Franzone  
<u>21 CR 446 (VSB)</u>

Dear Judge Broderick,

    We represent Defendant Andrew Franzone ("Franzone") in the above-captioned case. Mr. Franzone is on a curfew enforced using location monitoring. ECF # 19. We write to respectfully request that his bail conditions be modified to terminate the curfew and location monitoring.

    This request is precipitated by Mr. Franzone's father ████████████████. <u>See</u> Ex. A Letter from Father's Doctor, which we are submitting for filing under seal given it contains information requiring caution.

    Mr. Franzone has been subject to location monitoring since February. To our knowledge, there have been no issues as far as his compliance with the terms of his pretrial release.

    We have conferred with Mr. Franzone's Pretrial Services Officer, who has advised that Pretrial Services has no objection to this application. Defense counsel has also communicated with the Government, and we have been advised that the U.S. Attorney's Office takes no position on the application to end Mr. Franzone's curfew.

    Wherefore, we respectfully request that the Court modify Mr. Franzone's terms of pretrial release by removing the condition of curfew with location monitoring.

Thank you for your consideration.

Respectfully,

_____
Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

cc:    AUSA Kiersten Fletcher (via email)
       Pretrial Services Officer Francesca Piperato (via email)