Westin Beach Resort & Spa, Ft. Lauderdale
321 N. Ft Lauderdale Bch Blvd
Fort Lauderdale, FL  33304
United States
Tel: 954-467-1111 Fax: 954-462-2342

# WESTIN
## HOTELS & RESORTS

Andrew Franzone-NoACCESS
PLEASE COMPLETE
Daytona Beach, FL, 32128

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 7928785 |
| Guest Number | : | ▮4624 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 31-MAR-21 | 14:03 | | |
| Depart Date | : | 22-APR-21 | 22:20 | | |
| No. Of Guest | : | 2 | | | |
| Room Number | : | 1147 | | | |
| Marriott Bonvoy Number | : | ▮ | | | |

Copy Tax Invoice

Westin Beach R FLLLW  APR-22-2021  23:10  ROBEMUN4

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 31-MAR-21 | CA | Cash | | -242.00 |
| 31-MAR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 31-MAR-21 | RT1147 | Room Tax | 12.87 | |
| 01-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 01-APR-21 | RT1147 | Room Tax | 12.87 | |
| 02-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 02-APR-21 | RT1147 | Room Tax | 12.87 | |
| 03-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 03-APR-21 | RT1147 | Room Tax | 12.87 | |
| 04-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 04-APR-21 | RT1147 | Room Tax | 12.87 | |
| 05-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 05-APR-21 | RT1147 | Room Tax | 12.87 | |
| 06-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 06-APR-21 | RT1147 | Room Tax | 12.87 | |
| 06-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 07-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 07-APR-21 | RT1147 | Room Tax | 12.87 | |
| 07-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 08-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 08-APR-21 | RT1147 | Room Tax | 12.87 | |
| 08-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 09-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 09-APR-21 | RT1147 | Room Tax | 12.87 | |
| 09-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 10-APR-21 | 39875 | Lona | 6.42 | |
| 10-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 10-APR-21 | RT1147 | Room Tax | 12.87 | |
| 10-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |

Continued on the next page

Westin Beach Resort & Spa,Ft. Lauderdale  
321 N. Ft Lauderdale Bch Blvd  
Fort Lauderdale, FL  33304  
United States  
Tel: 954-467-1111 Fax: 954-462-2342



Andrew Franzone-NoACCESS  
PLEASE COMPLETE  
Daytona Beach, FL, 32128

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | ▇4624 |
| Folio ID | : | A |
| Arrive Date | : | 31-MAR-21    14:03 |
| Depart Date | : | 22-APR-21    22:20 |
| No. Of Guest | : | 2 |
| Room Number | : | 1147 |
| Marriott Bonvoy Number | : | ▇ |

Invoice Nbr    :    7928785

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 11-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 11-APR-21 | RT1147 | Room Tax | 12.87 | |
| 11-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 12-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 12-APR-21 | RT1147 | Room Tax | 12.87 | |
| 12-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 13-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 13-APR-21 | RT1147 | Room Tax | 12.87 | |
| 13-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 14-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 14-APR-21 | RT1147 | Room Tax | 12.87 | |
| 14-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 15-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 15-APR-21 | RT1147 | Room Tax | 12.87 | |
| 15-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 16-APR-21 | 33748 | Lona | 29.28 | |
| 16-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 16-APR-21 | RT1147 | Room Tax | 12.87 | |
| 16-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 17-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 17-APR-21 | RT1147 | Room Tax | 12.87 | |
| 17-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 18-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 18-APR-21 | RT1147 | Room Tax | 12.87 | |
| 18-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 19-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 19-APR-21 | RT1147 | Room Tax | 12.87 | |
| 19-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 20-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 20-APR-21 | RT1147 | Room Tax | 12.87 | |
| 20-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| 21-APR-21 | RT1147 | Room Chrg - Other Discount | 99.00 | |
| 21-APR-21 | RT1147 | Room Tax | 12.87 | |

Continued on the next page

USAO_SDNY_000001718

Westin Beach Resort & Spa, Ft. Lauderdale
321 N. Ft Lauderdale Bch Blvd
Fort Lauderdale, FL  33304
United States
Tel: 954-467-1111 Fax: 954-462-2342

# WESTIN
## HOTELS & RESORTS

| | | |
|---|---|---|
| Andrew Franzone-NoACCESS | | |
| PLEASE COMPLETE | | |
| Daytona Beach, FL, 32128 | | |

| | | | | |
|---|---|---|---|---|
| Page Number | : | 3 | Invoice Nbr | : 7928785 |
| Guest Number | : | ▮4624 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 31-MAR-21 | 14:03 | |
| Depart Date | : | 22-APR-21 | 22:20 | |
| No. Of Guest | : | 2 | | |
| Room Number | : | 1147 | | |
| Marriott Bonvoy Number : | | ▮ | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 21-APR-21 | RT1147 | Credit Card Surcharge | 0.99 | |
| | | ** Total | 2512.68 | -242.00 |
| | | *** Balance | 2270.68 | |

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

Tell us about your stay. www.westin.com/reviews We look forward to welcoming you back soon!

Bring the Westin experience home. Shop WestinStore.com.

USAO_SDNY_000001719