Hotel Views | Guest Rooms | Suites | Features | Dining | Recreation & Fitness | Spa | Events & Meetings | Weddings



Previous — Next

71 / 117   El Vez   View Gallery