# The Westin Fort Lauderdale Beach Resort



OUR LOCATION

# Getting Here

The Westin Fort Lauderdale Beach Resort

321 North Fort Lauderdale Beach Boulevard, Fort Lauderdale, Florida, USA, 33304

Tel: +1 954-467-1111

✈ Fort Lauderdale-Hollywood International Airport            ⌄

✈ Fort Lauderdale Executive Jet Center            ⌄

✈ Miami International Airport            ⌄

🚌 Other Transportation            ⌄

## WESTIN            The Westin Fort Lauderdale Beach Resort

# The Westin Fort Lauderdale Beach Resort



Map data ©2022 Google

## Property Details

**Featured Amenities**

**Hotel Information**

Check-in: 4:00 pm

Check-out: 11:00 am

Smoke Free Property

The Westin Fort Lauderdale Beach Resort