

Angela Lipsman <alipsman@rubcorlaw.com>

## U.S. v. Franzone

**Angela Lipsman** <alipsman@rubcorlaw.com>　　　　　　　　　　　　　Wed, Jan 12, 2022 at 9:31 AM
To: Kiersten.Fletcher@usdoj.gov
Cc: Joseph Corozzo <jcorozzo@rubcorlaw.com>

Dear AUSA Fletcher,

This is Joseph Corozzo's associate.

We are hereby requesting that the Government provide us with a list of victims.

We are also hereby requesting the return of Mr. Franzone's personal property, as well as an inventory of what was seized.

In particular, it is important that his driver's license be returned promptly, as it is my understanding that he doesn't have other ID in his possession.

Please advise. Thank you for your consideration.

Very truly yours,
　Angela

Angela D. Lipsman, Esq.*
Associate
Rubinstein & Corozzo, LLP
260 Madison Ave., 22nd Fl.
New York, NY 10016
(212) 545-8777 (p)
(917) 722-8206 (f)
rubcorlaw.com
https://lawyers.justia.com/lawyer/angela-d-lipsman-1559151

This message and any attachments are confidential and may be subject to privilege. If you were not the intended recipient, delete this message and any attachments immediately and alert the sender. Thank you for your consideration.

*Licensed to practice in NY, NJ, the SDNY, EDNY, NDNY, the Dist. of NJ and the Second and Third U.S. Circuits