

SEARCH & BOOK THE **WORLD'S BEST HOTELS**

See our reviews

MY RESERVATIONS

Search by Hotel Name or Location 🔍

NEED ASSISTANCE? **1-(888)-5STAR-11**

**CHECK IN**
06/10/2022

**CHECK OUT**
06/12/2022

**ADULTS**
2 Adults

CHECK AVAILABILITY

Need more than 9 rooms? **Group Availability**

Luxury Hotels in Ft Lauderdale, FL » The Westin Beach Resort & Spa Fort Lauderdale » Photo Gallery

# The Westin Beach Resort & Spa Fort Lauderdale - Fort Lauderdale, FL, United States

The Westin Beach Resort & Spa Fort Lauderdale : Click Here to View Full Hotel Description >>





The Westin Beach Resort & Spa Fort Lauderdale Exterior

1 / 7

We use cookies on this site to enhance your user experience

By clicking any link on this page you are giving your consent for us to set cookies.

More info

OK, I agree    Decline