U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2022

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**  07/07/22

The status conference scheduled for July 8, 2022 is hereby adjourned to August 8, 2022 at 1:00 p.m. The adjournment is necessary to allow for the completion of briefing of pre-trial motions. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 8, 2022 and August 8, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Andrew Franzone*, 21 Cr. 446 (VSB)**

Dear Judge Broderick:

On June 10, 2022, the Court set a deadline for defense pre-trial motions of June 24, 2022, with the Government's response due by July 8, 2022, and defense reply, if any, due by July 15. (Dkt. 31.) Due to a scheduling conflict, the Government respectfully requests a brief adjournment of its response deadline, to July 22, 2022, and a corresponding adjournment of the defense reply deadline, to July 29, 2022. The Government has conferred with defense counsel, who consent to this request.

Additionally, on April 25, 2022, in connection with the then-applicable briefing schedule, the Court set a status conference for July 8, 2022, and excluded time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), through that date. (Dkt. 25.) Based on the proposed new briefing schedule, the parties respectfully request that the status conference be adjourned to August 8, 2022, or as soon thereafter as is convenient for the Court. The Government further requests that the Court exclude time through the new conference date, in the interests of justice and to allow for the completion of briefing of pre-trial motions; defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alex Rossmiller
Kiersten Fletcher
Assistant United States Attorneys
Tel.: (212) 637-2415

Cc:   Joseph Corozzo, Esq., *counsel to the defendant* (via ECF)
      Angela Lipsman, Esq., *counsel to the defendant* (via ECF)