

**Angela Lipsman <alipsman@rubcorlaw.com>**

# U.S. v. Franzone

**Fletcher, Kiersten (USANYS) 1** <Kiersten.Fletcher@usdoj.gov>  Wed, Jan 12, 2022 at 9:37 AM
To: Angela Lipsman <alipsman@rubcorlaw.com>
Cc: Joseph Corozzo <jcorozzo@rubcorlaw.com>

The victims are any investors in FF Fund or their representatives, which are included as Ex. 2 to the amended disclosure statement in the bankruptcy proceeding.  See attached.

The USPIS inspectors have the wallet – is someone available from your office to go to their office at 90 Church Street to sign for it?

[Quoted text hidden]

**Amended Disclosure Statement.pdf**
1825K