

# W FORT LAUDERDALE

⚠ Alert ⌄

### EXPERIENCE OUR RESTAURANTS NEAR FORT LAUDERDALE BEACH

## TASTE

Savor a taste of Ft. Lauderdale for breakfast, lunch and dinner in the eclectic array of restaurants and bars at W Fort Lauderdale. All dining experiences at our hotel have been curated by famed restaurateur Stephen Starr.

### AT THIS HOTEL

**RESERVE**



 **W FORT LAUDERDALE**

# W FORT LAUDERDALE



### STEAK 954

Steakhouse

James Beard Award Winner Stephen Starr brings a unique interpretation of classic steakhouse dining to Fort Lauderdale Beach. Steak 954 restaurant serves dry-aged meats, delectable sides and an innovative cocktail menu.

| | | |
|---|---|---|
| 🕒 | Mon-Fri | 5:00 PM-10:00 PM |
| | Sat-Sun | 11:00 AM-3:00 PM, 5:00 PM-10:00 PM |

More ⌄

Book a Table ↗

**RESERVE**




 

# W FORT LAUDERDALE

### El Vez

Mexican

Savor authentic Mexican flavors and creative cuisine for breakfast, lunch and dinner at El Vez. This wildly popular restaurant near Fort Lauderdale Beach features over 100 varieties of tequila to compliment your meal.

🕒  Mon-Thu,Sun        7:30 AM-10:00 PM
    Fri-Sat           7:30 AM-11:00 PM

More ⌄

Book a Table ↗

RESERVE




# W FORT LAUDERDALE

# W FORT LAUDERDALE



### WET® Bar & Grill

American

Soak in the Fort Lauderdale sun at WET® Deck, and enjoy panoramic views with a variety of fresh salads, delicious burgers and other casual dining fare. Cool down with refreshing cocktails and frozen drinks brought right to your lounger.

🕒  Everyday          11:00 AM-6:00 PM

More ⌄

**RESERVE**




 **W FORT LAUDERDALE**

**W FORT LAUDERDALE**

### Sushi Bar (currently closed)

Asian

Bite into fresh sushi and sip creative sake cocktails at the Living Room Sushi Bar. Our restaurant offers a modern take on sushi fare including Spicy Tuna Crispy Rice, Poke Bowls, Yellowtail Jalapeno and Lobster Roll with Wasabi Aioli.

**RESERVE**




# W FORT LAUDERDALE

# W FORT LAUDERDALE

## Living Room

Continental

The Living Room restaurant is the heart of our Fort Lauderdale hotel where guests come to mix, mingle and sip on hand crafted cocktails and delectable dinner bites.

| Mon-Thu,Sun | 3:00 PM-11:00 PM |
| Fri-Sat | 3:00 PM-1:00 AM |

**RESERVE**




 W FORT LAUDERDALE

# W FORT LAUDERDALE

### El Vez Grab & Go

Sandwiches

Before heading to nearby Fort Lauderdale Beach, fuel up with a cup of freshly brewed coffee or an artisanal latte at El Vez's Grab & Go. Choose from a variety of baked goods, sandwiches, yogurts and freshly squeezed juices.

🕐  Everyday          7:00 AM-5:00 PM

**RESERVE**




 W FORT LAUDERDALE

# W FORT LAUDERDALE

### SOBE VEGAN

Other

SoBe Vegan offers a modern, healthy twist on the traditional American fare with a diverse menu that offers incredible salads, burgers, bowls, sandwiches, juices and more.

🕐  Everyday          7:30 AM-9:00 PM

More ⌄

WET® BAR & GRILL

**RESERVE**






# W FORT LAUDERDALE

# W FORT LAUDERDALE

heat with cool cocktails like our frozen tropical crush, grapefruit basil martini or spicy Paloma.

## WET® BAR & BOTTLE SERVICE

Reservations can be made through Concierge for all Bed Rentals. Chic and serene more your scene? Head west to our secluded pool oasis of calm aptly named WET® West. Intracoastal views and awe-inspiring sunsets rule supreme here with comfy loungers and a seductive infinity edge hot tub to always keep you cool by the pool.

**RESERVE**




 **W FORT LAUDERDALE**

**W FORT LAUDERDALE**

Start your day with an oceanside breakfast experience at Tinta. Serving breakfast favorites with a modern twist, sample Dulce de Leche Chocolate Chip Pancakes, Crab Tostada Benedict, Breakfast Tacos, Mexican Hot Chocolate, and more.

 Dress Code:Casual

AMERICAN

**3711 Beach Side** ↗

3.3 Miles

Stylish eatery with a Mediterranean-focused seafood menu, big windows & a greenery-lined patio.

📞 +1 954-563-3400

🕐 Open for Breakfast & Lunch & Dinner

👔 Dress Code:Casual

**RESERVE**




 **W FORT LAUDERDALE**

# W FORT LAUDERDALE

+1 954-797-0054

Open for Lunch & Dinner

Dress Code: Casual



Unlock your stay with the Marriott Bonvoy™ App  →

# W FORT LAUDERDALE



| Overview | Meetings & Weddings |
| Gallery | Tracking Preferences |
| Stay | Do Not Sell My Personal Information |
| Taste | |
| Discover | |

**RESERVE**




# W FORT LAUDERDALE

# W FORT LAUDERDALE

**RESERVE**