# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

October 6, 2022

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.**   10/06/2022

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone") in the above-captioned case. Per the Court's Order, ECF # 49, counsel was given until tomorrow, Friday, October 7, 2022, to file a response to the Government's supplemental affidavit. We write to respectfully request an extension of the briefing schedule.

Specifically, we request an additional 10 days, until Monday, October 17, 2022, to respond to the postal inspector's declaration filed by the Government, ECF # 56.

We have conferred with the United States Attorney's Office, and we have been advised that the Government has no objection to the proposed extension of time.

Wherefore, we respectfully request that the defendant's time to file a response to the declaration be extended to Monday, October 17, 2022.

Thank you for your consideration.

Respectfully,

*[signatures]*

Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

RUBINSTEIN & COROZZO, LLP

cc: AUSA Kiersten Fletcher (via ECF)
    AUSA Alexander Rossmiller (via ECF)