# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

October 26, 2022

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   10/26/2022

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

    I represent Defendant Andrew Franzone ("Franzone") in the above-captioned case. I write to request permission for Mr. Franzone to travel to Delaware to meet with local counsel.

    If granted, Mr. Franzone would take a train to Wilmington, Delaware this Friday, October 28, 2022, and would return by train to New York on Saturday, October 29, 2022.

    I have conferred with Pretrial Services and with the Government, and I have been advised that Pretrial Services and the Government have no objection to the request to travel. Should the application be granted, Pretrial Services will be sent Mr. Franzone's itinerary.

    I note that the Court granted Mr. Franzone's prior requests to travel. Orders, ECF # 29, #43, # 51, # 55.

    Wherefore, I respectfully request that Mr. Franzone be permitted to travel to Delaware from Friday, October 28, 2022 to Saturday, October 29, 2022.

    Thank you for your consideration.

Respectfully submitted,

*Angela D. Lipsman*
Angela D. Lipsman, Esq

RUBINSTEIN & COROZZO, LLP

cc: AUSAs Alexander Rossmiller and Kiersten Fletcher (via ECF)
Pretrial Services Officer Jazzlyn Harris (via email)