```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
                v.                                    :
                                                      :   21-CR-446 (VSB)
ANDREW FRANZONE                                       :
                                                      :        ORDER
                              Defendant.              :
------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

The parties appeared before me on January 27, 2023 for a status conference. During the conference, defense counsel indicated that she would be filing a motion related to recent warrants. It is hereby

ORDERED that the parties meet and confer, and submit a joint letter with a briefing schedule for the motion by February 17, 2023.

IT IS FURTHER ORDERED that the next pretrial conference is scheduled for April 27, 2023 at 11:00am.

SO ORDERED.

Dated:  January 27, 2023
        New York, New York

Vernon S. Broderick
United States District Judge