UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
:
              -v-                            :   21-cr-446 (VSB)
:
:   **ORDER**
ANDREW FRANZONE,                         :
:
                        Defendant.   :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Due to a scheduling conflict, the status conference currently scheduled for September 14, 2023, is hereby adjourned to September 13, 2023, at 1:00 p.m. in courtroom 518 of the Thurgood Marshall Courthouse at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  September 7, 2023
         New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge