**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

December 1, 2023

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   12/04/2023

A status conference is scheduled for January 10, 2024 at 12:00 PM.

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Andrew Franzone*, 21 Cr. 446 (VSB)

Your Honor:

    We write respectfully to apprise the Court that Mr. Franzone has communicated to us that he is seeking to retain private counsel within the next 2-4 weeks. In the event that he is unable to retain private counsel, we respectfully request that the court schedule a conference at its convenience in January. Thank you for your consideration.

    Respectfully submitted,

    /s/ Deborah Colson
    Deborah Colson
    Benjamin Silverman

cc: Counsel of record (by ECF)