MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

January 9, 2024

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:    *United States v. Andrew Franzone,* 21 Cr. 446 (VSB)

Dear Judge Broderick:

    We write to inform the Court that Mr. Franzone wishes to request new CJA counsel at the status conference tomorrow.

    Respectfully submitted,

    /s/

    Deborah Colson
    Benjamin Silverman
    *Attorneys for Andrew Franzone*

cc:    AUSA Kiersten Fletcher