```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                    v.                                      :
                                                            :         21-CR-446 (VSB)
ANDREW FRANZONE,                                            :
                                                            :             ORDER
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On January 10, 2024, I directed counsel to Mr. Franzone to submit an ex parte letter explaining why their attorney-client relationship is no longer workable. Because counsel has not submitted such a letter, the status conference scheduled for January 24, 2024 is hereby adjourned until February 20, 2024 at 2:00 p.m. This adjournment is also necessary to give Mr. Franzone time to retain counsel.

IT IS FURTHER ORDERED that, by January 29, 2024, counsel shall submit an ex parte letter detailing the breakdown of their attorney-client relationship with Mr. Franzone.

SO ORDERED.

Dated: January 22, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge