```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
             v.                                             :
                                                            :   21-CR-446 (VSB)
ANDREW FRANZONE,                                            :
                                                            :   ORDER
                                      Defendant.            :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of an ex parte letter, dated January 29, 2024, from Deborah Colson and Benjamin Silverman detailing the breakdown of their attorney-client relationship with Mr. Franzone. In light of the information submitted to the Court, Ms. Colson's and Mr. Silverman's motion to withdraw is hereby GRANTED.

Counsel is directed to serve a copy of this Order on Mr. Franzone and to file proof of service on the docket no later than February 6, 2024.

SO ORDERED.

Dated: January 30, 2024
       New York, New York

_____
Vernon S. Broderick
United States District Judge