UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,          :

                        v.                                 :
                                                       :          21-CR-446 (VSB)

ANDREW FRANZONE,                  :
                                                       :              **ORDER**
                             Defendant.   :
                                                       :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      As stated on the record, counsel for all parties shall appear for a status conference on March 8, 2024 at 3:00 p.m.  The conference will be in-person at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, NY 10007.  To discuss the availability of certain funds that may enable Mr. Franzone to retain private counsel, counsel representing Mr. Franzone in the civil proceeding in Florida may join the conference via Microsoft Teams.  The link to the meeting will be sent to the parties via email.

SO ORDERED.

Dated: February 22, 2024
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge