

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

March 18, 2024

**Via ECF**

Hon. Vernon S. Broderick
U.S. District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.   03/19/2024
>
> The status conference scheduled for March 22, 2024 is hereby adjourned to March 27, 2024 at 9:30 AM.

*Re*:   *United States v. Andrew Franzone*
        21 cr 446 (VSB)

Dear Judge Broderick:

I represent Andrew Franzone on the above captioned matter. I write with the consent of the Government to respectfully request an adjournment of the conference scheduled for March 23, 2024 due to a personal scheduling conflict. In conferring with AUSA Fletcher and Your Honor's Deputy, all parties and the Court are available at 9:30 AM on March 27, 2024 if it pleases the Court.

Mr. Franzone consents to this adjournment request. Mr. Franzone's civil counsel, Mr. George Vila is available at the newly scheduled court date. Due to recent events, Mr. Franzone will not be retaining Mr. Joseph Corozzo as his criminal counsel. Mr. Franzone will be proceeding forward in this case with me as his counsel. Therefore, I respectfully request that Mr. Corozzo be excused from attending the newly scheduled court date.

Thank you for your time and consideration of this request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.

cc:   All attorneys of record via ECF
      George Vila, Esq.  (via email)