

# FAST LAW

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

March 29, 2024

**Via ECF**
Hon. Vernon S. Broderick
U.S. District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   03/29/2024

**Re:**   United States v. Andrew Franzone
21 cr. 446 (VSB)

Dear Judge Broderick:

On March 8, 2024, Your Honor appointed me pursuant to CJA to represent Andrew Franzone on the above-captioned matter.

I am respectfully writing to request that the Court permit the appointment of Nato Chelidze as a CJA paralegal for Mr. Franzone's case at an hourly rate of $75, with approval of 200 hours. Ms. Chelidze has been appointed numerous times as a CJA paralegal in the Southern District of New York and in the Eastern District of New York.

Ms. Chelidze is available to assist with the trial on this matter scheduled for November 12, 2024. Ms. Chelidze's appointment would have the benefit of both timely reviewing the voluminous discovery ahead of the trial as well as the conservation of CJA funds and resources by virtue of Ms. Chelidze's reduced billing rate.

Thank you for your consideration in this matter and I am happy to provide more information upon the Court's request.

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Andrew Franzone

cc: All counsel (via ECF)