UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                            :

        -against-                                           :        21 CR 446 (VSB)

ANDREW FRANZONE                                     :        NOTICE OF APPEARANCE

                                                              :
------------------------------------------------------------X

PLEASE TAKE NOTICE, that the defendant, ANDREW FRANZONE has retained the undersigned as Attorney for said defendant, and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       August 14, 2024

                                                                                    Respectfully submitted,

                                                                                    /s/ *Joseph R. Corozzo*
                                                                                    JOSEPH R. COROZZO (JC 7621)
                                                                                    Rubinstein & Corozzo, LLP
                                                                                    260 Madison Avenue, 22nd Floor
                                                                                   New York, New York 10016
                                                                                   jcorozzo@rubcorlaw.com
                                                                                   (212) 545-8777 (ph)
                                                                                   (917) 722-8206 (fax)