# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

August 14, 2024

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

This morning, I filed a Notice of Appearance as counsel for Defendant Andrew Franzone ("Franzone") in the above-captioned case, ECF # 138.

I was unable to appear for Mr. Franzone earlier as I am aware that trial in this matter is scheduled to begin on November 12, 2024, and, up until yesterday, I was unavailable to begin trial in November. I am counsel of record for the lead defendant in United States v. LaForte et al., 23 CR 198 (MAK), which is pending in the United States District Court for the Eastern District of Philadelphia. Trial in LaForte et al. is scheduled to begin on October 8, 2024, and, being a multi-defendant case involving dozens of counts, would last well into November. As of just yesterday, after extensive plea negotiations, it is expected that there will be a change of plea hearing in that case next week. Meaning that while I was unavailable for trial in this matter in November until yesterday, my October 8, 2024 trial is no longer expected to proceed, and I am now available to go to trial in the case at bar in November.

The reason I am explaining this to the Court is so that the Court understands why I was unable to appear in this matter sooner.

I understand that Mr. Franzone has supplemental motions due tomorrow, August 15, 2024. As I was only retained this morning, I am respectfully requesting that the Court extend that deadline by two weeks, to give the undersigned time to review what is to be filed for the defendant and prepare same for filing.

**APPLICATION DENIED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   8/15/2024

Mr. Corozzo's application for an extension of time is DENIED at this time. The Court will hold a conference in this case on Thursday, August 22, 2024 at 2:00 p.m. in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. At the conference, the parties should be prepared to discuss any application from Ms. Fast to be relieved as counsel, the terms of Mr. Corozzo's retention, and the pre-trial briefing schedule in this case.

RUBINSTEIN & COROZZO, LLP

    I have conferred with the Government and have been advised that the U.S. Attorney's Office opposes this application on the grounds that the Government already consented to previous extensions for prior defense counsel and because of the pending November trial date.

    I do not believe the requested two week extension of the briefing schedule will impact the November 12, 2024 trial date.

    Wherefore, I am respectfully requesting that tomorrow's filing deadline be extended by two weeks and that the Government's response deadline likewise be extended by two weeks.

    Thank you for your consideration.

Respectfully submitted,

Joseph R. Corozzo, Esq.

cc: AUSA Sarah Mortazavi (via ECF)