UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
v.                                       :
:          21-CR-446 (VSB)
ANDREW FRANZONE                          :
:              **ORDER**
Defendant.          :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 29, 2024, I held a conference in this case to discuss Mr. Corozzo's availability to represent Defendant Andrew Franzone at trial, currently scheduled for November 12, 2024. Having considered the issues raised at the conference, it is hereby

      ORDERED that trial in this matter is adjourned to February 3, 2025 at 10:00 a.m. The adjournment is necessary to permit Mr. Corozzo sufficient time to review the voluminous discovery produced by the Government. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between August 29, 2024 and February 3, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

      IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before January 21, 2025. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on January 28, 2025 at 10:30 a.m.

IT IS FURTHER ORDERED that Mr. Corozzo shall file a letter, by September 6, 2024, explaining why additional pretrial briefing is appropriate in light of his earlier filings. In his letter, Mr. Corozzo shall specifically identify what motions—and arguments—he seeks to supplement.

Because Mr. Franzone has retained Mr. Corozzo, Ms. Fast and Mr. Wachtell are hereby relieved as counsel. The Clerk of Court is respectfully directed to terminate Ms. Fast and Mr. Wachtell from this suit.

SO ORDERED.

Dated: August 30, 2024
      New York, New York

_____
Vernon S. Broderick
United States District Judge