```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                v.                                         :
                                                           :      21-CR-446 (VSB)
ANDREW FRANZONE                                            :
                                                           :           ORDER
                                        Defendant.         :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On January 22, 2025, I held a status conference in this case at the request of the parties. Based on the representations made at the status conference, it is hereby

ORDERED that trial in this matter is adjourned to March 3, 2025 at 10:00 a.m. The adjournment is necessary to permit the parties to either finalize a pre-trial disposition of this matter or choose to proceed to trial. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between February 3, 2025 and March 3, 2025 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, and verdict forms or trial memoranda shall be filed on or before February 20, 2025. In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on February 24, 2025 at 11:00 a.m.

SO ORDERED.

Dated: January 22, 2025
       New York, New York

Vernon S. Broderick
United States District Judge