





Show all posts →

## Experience

**Founder & CEO**
Florence Capital Advisors, LLC
Nov 2015 - Present · 9 yrs 5 mos

**Senior Vice President of Wealth Management**
UBS Wealth Management
Jan 2009 - Aug 2015 · 6 yrs 8 mos

**Senior Vice President - Wealth Management**
Smith Barney
Nov 2003 - Dec 2008 · 5 yrs 2 mos

**(Bear Stearns) Private Client Services**
JPMorgan Chase & Co.
Jul 2001 - Nov 2003 · 2 yrs 5 mos
New York, NY

## Education

**Georgetown University**
Bachelor of Arts (B.A.), History
1998 - 2001

**Horace Mann**
1994 - 1997
Activities and societies: Varsity Soccer, Varsity Basketball, Varsity Baseball

Show all 3 educations →

## Projects

**Board of Directors, Halo Maritime Defense Systems**
Feb 2013 - Dec 2023

**Board of Directors, CoreWeave, Inc.**
Jan 2019 - Oct 2023
Associated with Florence Capital Advisors, LLC

Show all 5 projects →

## Skills

**Asset Allocation**

**Wealth Management**

Show all 10 skills →

## Honors & awards

**Top 100 Wirehouse Advisors**
Issued by REP Magazine

2011,2012,2013