UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA,         :

                                                    :

                  v.                                      :

                                                    :           21-CR-446 (VSB)

ANDREW FRANZONE,                   :

                                                    :                **ORDER**

                          Defendant.   :

                                                    :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Government is directed to produce to the Court the inventory of items taken from the Westin Hotel in Fort Lauderdale, Florida on or around May 3, 2021 in connection with the above-captioned case. This inventory of items was referenced at the September 12, 2022 oral argument held on Defendant Andrew Franzone's first motion to suppress, (Doc. 32). (*See* Doc. 52 (Transcript of Oral Argument) 9:21–10:22.) The Government is directed to provide this inventory to the Court by April 2, 2025.

SO ORDERED.

Dated:  March 27, 2025
           New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge