# EXHIBIT A

# THE UNITED STATES POSTAL INSPECTION SERVICE

## ~~SEARCH~~ WARRANT INVENTORY

*Arrest*

Position/Box.: _____/_____

Subject Name: _Andrew Franzone_    Date: _4/22/2021_

Subject Address: _____    Floor/Room No. _____

Inspector(s): _Ed Gannon_    Case No. _____

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | apple iPhone 11 Pro Max - space gray in color |
| 1 | apple MacBook Pro Serial C02VJ3RAG8WN -silver in color |
| 1 | iPhone charger cord |
| 1 | white square napkin with handwritten notes/information |
| 1 | Chase visa card in name of Andrew T Franzone/Andrew T Franzone LLC  4563 3100 244 9673 3 |
| 1 | Fed Ex Office Card |
| 1 | Vystar Credit Union Visa Card in name of Andrew J Franzone  4453 7972 0026 6505 |
| 1 | Chase visa Card in name of Andrew Franzone/FF Fund Management  4427 3235 2169 7708 |
| 1 | Business card from Reel work Sport Fishing with name Wally Tracy written on back |
| 2 | Westin Hotel Room Key Cards in Packet with # 1147 written on the back |

2 [-1  U.S. Postal Inspector  (27)

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Andrew Franzone    Date: 05/03/21

Subject Address: Westin Hotel, Ft. Laud. Beach    Floor/Room No. 1174

Inspector(s): LANG, J (#7285), ALVAREZ, B/#6134    Case No. _____

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____

Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 2 | 5G Hot Spots (no serial numbers) (IS0001290766) |
| 1 | Sunpass Transponder #0212421401102 (IS00012?1765) |
| 2 | G Drive Harddrive (4 tb S/N WXI1ERACINGB) (IS0001290764) (4 tb S/N WX11D79FHD7V) (IS0001290763) |
| 1 | Macbook Air (Apple) laptop (S/N C1MPWM68G940) and power charge cord #PIS (IS0001290767) |
| 1 | bag of Miscellaneous Documents (IS0001290762) |
| 1 | Verizon 4G Hot Spot Jetpack (IS0001290767) |
| 1 | I Phone + Box w power charge cord (IS0001290760) |

| | | | | |
|---|---|---|---|---|
| ① | BOA ending 8928 | ⑫ USAA ending 7067 | ㉗ Citi ending 6710 |
| ② | BARCLAY ending 8854 | ⑰ USAA ending 8466 | ㉘ Citi ending 5414 |
| ③ | CREDIT ONE ending 8348 | ⑱ USAA ending 5918 | ㉙ Suntrust ending 5281 |
| ④ | CREDIT ONE ending 3781 | ⑲ USAA ending 36308 | ㉚ Suntrust ending 1661 |
| ⑤ | BB&T ending 7962 | ⑳ PNC ending 2675 | ㉛ Suntrust ending 1769 |
| ⑥ | BB&T ending 7640 | ㉑ Chase ending 3459 | ㉜ Suntrust ending 3859 |
| ⑦ | BBVA ending 5977 | ㉒ Chase ending 3244 | ㉝ Suntrust ending 2640 |
| ⑧ | BBVA ending 4853 | ㉓ Chase ending 3335 | ㉞ Regions ending 4763 |
| ⑨ | BBVA ending 2073 | ㉔ Chase ending 4393 | ㉟ Regions ending 2615 |
| ⑩ | Capital One ending 9940 | ㉕ Coth ending 4248 | ㊱ VyStar ending 9196 |
| ⑩ | Capital Bank ending 1290 | ㉖ Citi ending 9346 | ㊲ Citizens ending 9656 |
| ⑪ | Wells Fargo ending 9906 | | |
| ⑫ | FRB ending 9449 | | |
| ⑬ | FRB ending 8405 | | |
| ⑬ | FRB ending 2004 | | |

| | | | |
|---|---|---|---|
| ㊳ AT&T ending 9168 | ㊺ HSBC ending 6458 | ㊿ SPG Amex card 1007 |
| ㊴ BB&T ending 4555 | ㊻ Discover ending 4560 | 53 Amex ending 1023 |
| ㊵ First Union ending 3959 | ㊼ Discover ending 3310 | 54 Amex ending 1005 |
| ㊶ Fifth Third ending 4218 | ㊽ Citi ending 7071 | 55 Amex ending 1005 |
| ㊷ M&T Bank 7779 | ㊾ AAdvantage no # | 56 Amex ending 4009 |
| ㊸ Fortuva ending 3142 | 50 AAdvantage ending 2380 | 57 Amex ending 1007 |
| ㊹ HSBC ending 4691 | 51 Delta Amex ending 1003 | 58 Amex ending 3000 |
| | | 59 Fifth 3rd end 8530 |
| | | 60 Fifth 3rd end 5189 |
| | | 61 Fedex no # |

DISTRIBUTION OF COPIES:  White - *U.S. Magistrate (Return with Warrant)*
Yellow - *Inspector (Attach to PS Form 714)*
Pink - *Subject Searched*
Green - *Evidence Control Officer (Attach to PS Form 714)*

Page ① of _____ pages

PS Form 8164, October 1993

USAO_SDNY_000009185