UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
              v.                                   :
                                                   :        21-CR-446 (VSB)
ANDREW FRANZONE,                                   :
                                                   :           **ORDER**
                              Defendant.           :
                                                   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

 A status conference in the above-captioned case is hereby scheduled for April 8, 2025 at

3:00 pm.

SO ORDERED.

Dated:  April 8, 2025
  New York, New York

             Vernon S. Broderick
             United States District Judge