UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                                   :

UNITED STATES OF AMERICA,       :

              v.                              :             21-CR-446 (VSB)

ANDREW FRANZONE,             :               **ORDER**

                      Defendant.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      The status conference scheduled for April 8, 2025 at 3:00 pm in the above-captioned case is hereby ADJOURNED.

SO ORDERED.

Dated:  April 8, 2025
          New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge