# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 08/18/2025

The disclosure deadline for the final PSR is extended to September 18, 2025. It is FURTHER ORDERED, that the sentencing hearing scheduled for September 24, 2025 is hereby ADJOURNED to October 3, 2025 at 10:00 AM with the parties' submission deadlines extended accordingly.

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415, New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone"). Currently, the deadline for the disclosure of the final Presentence Report ("PSR"), is set for August 25, 2025. Yesterday, Mr. Franzone filed an application to adjourn the sentencing and extend the parties' submissions by three weeks, which the Court granted this morning, ECF # 188.

While we thank the Court, the Defendant now writes to respectfully request that the disclosure deadline for the final PSR be extended from August 25, 2025 to September 18, 2025, and that the sentencing date be adjourned to on or about October 3, 2025 (one month from what the sentencing date was prior to the Court's Order earlier today), with the parties' submission deadlines extended accordingly.

The defendant is still preparing his objections to the initial draft of the PSR, which will be extensive. We consulted with the Probation Department this morning, and were advised that the relief granted this morning does not impact the Probation Department's disclosure deadline. Accordingly, after conferring with the Probation Department, we agreed to apply for an extension of the disclosure for the final PSR to September 18, and to inform the Court that the extension is required because the defendant is still working on his objections. We have also communicated with the Government, and the Government has no objection to this application.

Thank you for your consideration.

Respectfully submitted,

*Angela D. Lipsman*
Angela D. Lipsman, Esq.

RUBINSTEIN & COROZZO, LLP

cc: A.U.S.A.s Margaret Lynaugh, Marguerite Colson, Sarah Mortazavi (via ECF),

Probation Officer Pamela Flemen (via email)