

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 23, 2025

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> **Re:** *United States v. Andrew Franzone*, **21 Cr. 446 (VSB)**

Dear Judge Broderick:

Having reviewed the defense's sentencing submission, the Government writes respectfully to request that the Court adjourn the October 3, 2025 sentencing date and the Government's September 29, 2025 sentencing submission deadline, and instead direct the parties to submit a status update to the Court in two weeks' time.

The defendant's September 22, 2025 sentencing submission "requests a hearing to determine the correct amount of forfeiture." (Def. Sent. Subm. at 50). Moreover, having lodged approximately 80 objections to the PSR (PSR Pages 30-51), the defendant's submission also contests all but one enhancement applied by Probation in the Presentence Investigation Report's ("PSR's") offense level computation (Def. Sent. Subm. at 19-34). As a result, while the defendant argues that the applicable Guidelines range is 0-6 months' imprisonment, the PSR posits that the applicable offense level is 168 to 210 months' imprisonment. (PSR Page 52). The Government takes the position that the defendant's Guidelines range is even higher—210 to 262 months' imprisonment—because the defendant has not accepted responsibility and thus is not eligible for a two-point reduction to his offense level pursuant to U.S.S.G. § 3E1.1(a).

In light of the unsettled forfeiture amount and the divergent views on the Guidelines range, the Government submits that additional time is warranted prior to sentencing for the parties to confer and determine whether a hearing will, in fact, be necessary and, if so, the scope of the issues to be addressed at the hearing.

Wherefore, the Government respectfully requests that the Court adjourn the Government's sentencing submission deadline and the defendant's sentencing and instead direct that the parties submit a letter in two weeks updating the Court on the status of sentencing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/_____
Marguerite B. Colson
Maggie Lynaugh
Sarah Mortazavi
Assistant United States Attorneys
Tel.: (212) 637-2587/2448/2520

Cc:   Counsel (by ECF)

The sentencing currently scheduled for October 6, 2025 at 2:00 pm is hereby ADJOURNED sine die, as is the Government's sentencing submission deadline. The parties are hereby directed to submit a joint letter updating the Court on the status of sentencing by October 8, 2025.

Dated: September 24, 2025

SO ORDERED:

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE