UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                          :

UNITED STATES OF AMERICA,        :

            v.                              :

                                    :          21-CR-446 (VSB)
ANDREW FRANZONE              :
                                    :          **ORDER**
                      Defendant.   :
                                    :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       The Court is in receipt of the parties' joint letter requesting a hearing on disputes regarding Sentencing. (Doc. 195.) The Court begins a 4 to 5 week criminal trial on January 20, 2026 and will need additional time to review the submissions of the parties related to the Presentence Investigation Report. Therefore, the court schedules the hearing for February 6, 2026 at 10:00 AM. The Government shall file any pre-hearing brief by January 15, 2026 and Defendant shall file its response by January 22, 2026.

SO ORDERED.

Dated:  October 9, 2025
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge