# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

The response deadline is extended to February 2, 2026. It is FURTHER ORDERED that the February 6th conference is adjourned; I will inform the parties if a hearing is necessary prior to scheduling the sentencing.

**SO ORDERED:**

*Vernon Broderick*    1/21/2026

**HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415, New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone"). Currently, Mr. Franzone's response to the Government's submission, ECF # 197, is due on Thursday, January 22, 2026, and a hearing is scheduled for February 6, 2026. Defendant respectfully requests an extension of time to respond to the Government's submission.

Mr. Franzone's lead counsel, Mr. Corozzo, is in the middle of a trial in another case. Additionally, we are under another filing deadline this week in the Eastern District of New York, which deadline has already been postponed once.

Accordingly, we respectfully submit that Defendant's time to respond to the Government be extended from Thursday, January 22 to Monday, February 2, 2026.

We asked the Government for their position on this request, specifying "We are going to be applying to the Court for an extension of time to reply to the Government's prehearing submission to Monday, February 2 (which I believe is around 10 days), on the understanding that it might result in the court also adjourning the hearing for a similar period of time... I understand that the Gov. now objects to holding the hearing at all, but do you have any objection to the extension / adjournment?"

The Government responded, "We are fine with an extension, as long as the letter also requests that the Court adjourn the scheduled hearing until Judge Broderick decides if a hearing is necessary."

For clarity, Defendant's position is that in addition to a hearing on forfeiture, a *Fatico* hearing is necessary in the case at bar on, *inter alia*, loss, Mr. Franzone having pled without any plea agreement, and the disparity between the parties' views being as extreme as they are.

RUBINSTEIN & COROZZO, LLP

Specifically, though the Government has not yet requested a Guidelines sentence, the Government has now taken the position that the Guidelines range is 210 to 262 months' imprisonment, which is literally *decades* longer than the Defendant's calculation of 0 to 6 months (and approximately 18 years longer than the Government would have been able to recommend, had Mr. Franzone not turned down a particular written plea offer against counsel's advice).

Defendant therefore takes no part in the Government's request to indefinitely postpone the hearing.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc:    Assistant United States Attorneys Marguerite Colson, Maggie Lynaugh,
       Sarah Mortazavi (via ECF)