# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

Of Counsel:
MARSHALL A. MINTZ

ANGELA D. LIPSMAN (NY; NJ)

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**  02/02/2026

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415, New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone"). On January 15, 2026, the Government submitted what was expected to be a pre-hearing submission, ECF # 197, in which they argued that the Court should dispense with a hearing. The Court has since reserved decision on whether to go forward with a hearing. Defendant's reply to the Government's submission is currently due on Monday, February 2, 2026.

We write to respectfully request that defendant's filing deadline be extended by three weeks to Monday, February 23, 2026. The extension of time will allow potential witnesses to review and analyze the Government's submission, so that we can better address the Government's allegations and arguments in our reply and, hopefully, better clarify for the Court why a hearing is necessary in the case at bar.

We have reached out to the Government, and the Government has no objection to the requested extension of time.

Wherefore, we respectfully request that Mr. Franzone's reply to the Government's submission be extended to February 23, 2026.

Thank you for your consideration.

Respectfully submitted,

/s/ Joseph R. Corozzo
Joseph R. Corozzo, Esq.
Angela D. Lipsman, Esq.

RUBINSTEIN & COROZZO, LLP

cc:   A.U.S.A.s Marguerite Colson, Maggie Lynaugh, Sarah Mortazavi (via ECF)