RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

Of Counsel:
MARSHALL A. MINTZ

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/10/2026

The oral argument scheduled for September 17, 2026 is hereby adjourned to October 1, 2026 at 2:00 PM.

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415, New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone"). By Order dated September 4, 2026, ECF Doc. # 204, the Court scheduled oral argument on multiple issues for September 17, 2026. We write to request a brief adjournment of same.

We request the adjournment for additional time to confer with our client regarding the issues raised by the Court.[1]

We have conferred with the U.S. Attorney's Office. The Government has no objection to our request to adjourn the oral argument for approximately two weeks. Both parties are available on the afternoon of Thursday, October 1, as well as on Friday, October 2, 2026.

Thank you for your consideration.

Respectfully submitted,

/s/ Angela D. Lipsman
Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc: A.U.S.A.s Sarah Mortazavi,
Margaret Lynaugh, Marguerite Colson (via ECF)

[1] We also have another matter scheduled for the morning of September 17 in Queens County Supreme Court.