RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777; FAX (917) 722-8206
INFO@RUBCORLAW.COM

RONALD RUBINSTEIN
JOSEPH R. COROZZO

ANGELA D. LIPSMAN (NY; NJ)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/2/2026

INTZ

The supplemental submission deadlines are extended accordingly, and the sentencing scheduled for November 18, 2026, is hereby adjourned to November 20, 2026 at 11:00 AM.

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415, New York, NY 10007

Re: United States v. Franzone
21 CR 446 (VSB)

Dear Judge Broderick,

We represent Defendant Andrew Franzone ("Franzone"), whose sentencing is currently scheduled for Wednesday, November 18, 2026, which makes Mr. Franzone's supplemental submission due next week on Wednesday, November 4, 2026.

Due to competing deadlines, the defense requires additional time to prepare Mr. Franzone's supplemental submission.

Wherefore, we respectfully request a brief adjournment of Mr. Franzone's sentencing date, and that the parties' supplemental submission deadlines be extended accordingly.

We have conferred with the U.S. Attorney's Office. The Government has no objection to this request. Both parties are available on Friday, November 20, 2026, and after 2 p.m. on Tuesday, December 1, Wednesday, December 2, and Thursday, December 3, 2026.

Thank you for your consideration.

Respectfully submitted,

/s/ Angela D. Lipsman
Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc: A.U.S.A.s Margaret Lynaugh, Sarah Mortazavi, Marguerite Colson (via ECF)