UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ANDREW FRANZONE,<br><br>Defendant. | 21-CR-446 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

Due to the voluminous filings received in connection with Defendant's sentencing, I will need more time to review the sentencing materials and render a decision. Thus, it is hereby:

ORDERED that the sentencing currently scheduled for November 20, 2026 at 11:00 a.m. is adjourned to December 9, 2026 at 1:00 p.m.

SO ORDERED.

Dated: November 17, 2026
New York, New York

Vernon S. Broderick
United States District Judge